IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY M. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-CV-656-WKW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 26, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 13) regarding Plaintiff's failure to respond to the Magistrate Judge's January 10, 2012 Show Cause Order (Doc. # 10). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 13) is ADOPTED;

2. this case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action; and

3. all costs incurred are TAXED against Plaintiff.

DONE this 10th day of February, 2012.

        /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE